# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUSSEIN MOHAMED FARAH,

Defendant.

## COURT MINUTES - CRIMINAL

Case No: 25-cr-297 (1) (NEB)
Date: August 27, 2026
Courthouse: Minneapolis
Courtroom: 13W
Court Reporter: Leslie Ruiz
Time Commenced: 10:10 a.m.
Time Concluded: 10:40 a.m.
Time in Court: 30 minutes

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

For Plaintiff: Matthew Murphy, Assistant U.S. Attorney
For Defendant: Andrew Wilson, Retained Attorney

☒ **Sentencing.**
☒ **Government's motion is granted.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| 1 | X | 20 months | 2 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Restitution in the amount of $471,000 is due immediately.
☒ Special assessment in the amount of $100.00 is due immediately.
☒ Defendant is released on his bond conditions. Defendant shall voluntarily surrender to his place of confinement on 10/7/26 by 12:00 p.m. If a designation has not been determined by that date or the defendant prefers he may surrender to the US. Marshal Services in Minneapolis, MN on 10/7/26 by 12:00 p.m.

Date: August 27, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel